■ STOREBOARD MEDIA LLC et al., Appellants, v THE TORI GROUP INC. et al., Respondents. (And a Third-Party Action.) [869 NYS2d 907]—Order, Supreme Court, New York County (Charles Edward Ramos, J.), entered June 24, 2008, unanimously affirmed for the reasons stated by Ramos, J., with costs and disbursements. No opinion. Order filed. Concur—Tom, J.P., Gonzalez, Buckley, Sweeny and Catterson, JJ. [*See* 2008 NY Slip Op 31752(U).]